

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| JENNIFER ANNE FERGUSON, <br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, <br> Acting Commissioner of Social Security Administration, <br> Defendant. | § <br> § <br> § <br> § Civil Action No. 9:18-1820-MGL <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION AND AFFIRMING THE COMMISSIONER'S DENIAL OF BENEFITS

This is a Social Security appeal in which Plaintiff Jennifer Anne Ferguson (Ferguson) seeks judicial review of the final decision of Defendant Andrew M. Saul (Commissioner) denying her claim for Disability Insurance Benefits and Supplemental Security Income. The parties are represented by excellent counsel. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting the Court affirm the Commissioner's decision denying Ferguson's claim for benefits. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on June 19, 2019. ECF No. 23. But, Ferguson failed to object to the Report. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court the Commissioner's decision is **AFFIRMED**.

IT IS SO ORDERED.

Signed this 22nd day of July 2019 in Columbia, South Carolina.

                                                s/Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE